UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. 14-246 |
| | * | |
| | * | SECTION: "N"(1) |
| VERSUS | * | |
| | * | JUDGE KURT D. ENGELHARDT |
| | * | |
| LIONEL THOMAS | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

## ORDER

This Court referred the Defendant's Motion to Vacate Sentence to the magistrate judge to conduct an evidentiary hearing for the purposes of determining "whether Lionel Thomas requested that counsel, Dwight Doskey, file a notice to appeal." The Court, after considering the memoranda in support and opposition, the exhibits, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** Defendant is granted fourteen days from the date of this Order to file a Notice of Appeal.

New Orleans, Louisiana, this 12th day of January, 2018.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1